STEPHEN S. KENT, ESQ.
KENT LAW
Nevada Bar No. 1251
201 W. Liberty St., Ste. 320
Reno, NV 89501
Telephone: (775) 324-9800
Email: skent@skentlaw.com
Attorney for Defendant
NIKE USA, INC.

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 20 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALEX BRADSHAW,<br><br>      Plaintiff,<br><br>vs.<br><br>NIKE USA, INC., FOOT LOCKER RETAIL, INC., DOES I-V; DOE CORPORATIONS I-V; DOE PARTNERSHIPS I-V, inclusive<br><br>      Defendants. | Case Number<br><br>3:18-cv-00025-MMD-VPC<br><br>*STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE* |

    The parties hereto, Plaintiff, Alex Bradshaw, and Defendant, NIKE USA, Inc. through their undersigned counsel do hereby stipulate and agree pursuant to Fed. R. Civ. P. 41 that the Plaintiff's Complaint and all his claims against all Defendants be dismissed with prejudice with all parties to bear their own attorney's fees and costs and no allowance

of attorney's fees or costs to any party.

Dated this 20th day of March 2018

_____
Paul Kapitz, Esq.
137 Mt. Rose Street
Reno, Nevada 89509
Attorney for Plaintiff

Dated this 20th day of March 2018

_____
Stephen S. Kent, Esq.
Kent Law
201 W. Liberty Street, Suite 320
Reno, NV 89501
Attorney for Defendant Nike USA, Inc.

GOOD CAUSE APPEARING, all of the claims of Plaintiff are dismissed with prejudice with no allowance of attorney's fees or costs to any party.

Dated: March 20, 2018

_____
UNITED STATES DISTRICT JUDGE